IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| SHANNON WILLIAMS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 9:21-CV-00071-MJT |
| THE CITY OF NACOGDOCHES, TEXAS, | § | JUDGE MICHAEL J. TRUNCALE |
| ITS FORMER POLICE OFFICER JOSH | § | |
| ANDERS, and THE OVERLOOK AT | § | |
| NACOGDOCHES, APARTMENT | § | |
| COMPLEX, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 18, 2022, the Court referred this case to United States Magistrate Judge Zack Hawthorn for pretrial management. [Dkt. 102]. Pending is Defendant the City of Nacogdoches' Motion to Sever and for Partial Final Judgment Under Rule 54(b). [Dkt. 120]. On May 25, 2023, Judge Hawthorn issued his Report and Recommendation, recommending granting the City's pending motion. [Dkt. 132]. The parties have not filed objections to the report and recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1).

It is therefore **ORDERED** that Judge Hawthorn's Report and Recommendation Granting Defendant the City of Nacogdoches' Motion to Sever and for Partial Final Judgment Under Rule 54(b) [Dkt. 132] is **ACCEPTED**. The Court will issue a partial Final Judgment separately.

**SIGNED this 21st day of June, 2023.**

Michael J. Truncale
United States District Judge