IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| SHANNON WILLIAMS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 9:21-CV-00071-MJT |
| THE CITY OF NACOGDOCHES, TEXAS, | § | JUDGE MICHAEL J. TRUNCALE |
| ITS FORMER POLICE OFFICER JOSH | § | |
| ANDERSON, and THE OVERLOOK AT | § | |
| NACOGDOCHES, APARTMENT | § | |
| COMPLEX, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 18, 2022, the Court referred this case to United States Magistrate Judge Zack Hawthorn for pretrial management. [Dkt. 102]. Pending is Defendant Josh Anders' Motion to Dismiss Claims Against Him Due to Plaintiff's Failure to State a Claim. [Dkt. 112]. On May 24, 2023, Judge Hawthorn issued his Report and Recommendation, recommending granting Anders' pending Motion to Dismiss. [Dkt. 131]. The parties have not filed objections to the report and recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1).

It is therefore **ORDERED** that Judge Hawthorn's Report and Recommendation Granting Defendant Josh Anders' Motion to Dismiss [Dkt. 131] is **ACCEPTED**. Plaintiff Shannon Williams' claims against Defendant Anders pursuant to the Fourteenth Amendment and the common law tort of assault are therefore **DISMISSED WITH PREJUDICE**. Plaintiff Shannon Williams' claim against Defendant Josh Anders brought under 42 U.S.C. § 1983 for the constitutional violation of her Fourth Amendment rights remains active in this litigation.

**SIGNED this 21st day of June, 2023.**

Michael J. Truncale
United States District Judge